**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action Nos. 04-cr-00514-WYD-09
                                    11-Y-11-WYD (under seal)

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

AKINLABI COLEMAN
a/k/a "K-Loc",

       Defendant.

---

**ORDER VACATING PROCEEDINGS AND UNSUCCESSFULLY
TERMINATING SUPERVISED RELEASE**

---

THIS MATTER was before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to supervised release supervision.

On September 17, 2014, the defendant was sentenced in Arapahoe County District Court, Case Number 10CR2852, to the Colorado Department of Corrections for a custodial term of 72 years following his conviction for Aggravated Robbery-Menace Victim with Deadly Weapon.  These offenses were committed during the defendant's term of supervised release. Based on the sentence the defendant received for the offense, it is

ORDERED that the defendant be unsuccessfully discharged from supervised release and that all proceedings in Docket Numbers 04-cr-00514-WYD-09 and 11-Y-11-WYD be terminated.

DATED at Denver, Colorado, this 9th day of October, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Senior United States District Judge